Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

closed

Attorneys for Plaintiff
Rogelio Chairez

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA — EASTERN DIVISION

| | |
|---|---|
| ROGELIO CHAIREZ, <br><br> Plaintiff, <br><br> vs. <br><br> CAPITAL ONE BANK (USA), N.A. <br> Defendant. | Case No.: 5:20-cv-00294-JFW-SHKx <br><br> **ORDER** |

**ORDER**

Pursuant to the stipulation of the Parties, Capital One Bank (USA), N.A. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: July 2, 2020

_____
Hon. John F. Walter
UNITED STATES DISTRICT JUDGE